**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE:   William C. Holleran III<br>                                    Debtor<br><br>PNC BANK, NATIONAL ASSOCIATION, its successors and/or assigns<br>                                    Movant<br>                          v.<br>William C. Holleran III<br>                                    Respondent<br>                          and<br>Natalie Lutz Cardiello Esq., Trustee<br>                                    Additional Respondent | BK. NO. 17-21866 CMB<br><br>CHAPTER 7 |

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON MOTION OF PNC BANK, NATIONAL ASSOCIATION, ITS SUCCESSORS AND/OR ASSIGNS**
**FOR Motion for Relief from the Automatic Stay**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant, a response to the motion no later than **August 24, 2017**, (seventeen (17) calendar days after the date of service below) in accordance with Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **September 12, 2017** at **1:30 am** before Judge **Carolta M. Bohm Esq.** in Court Room **B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219*.**  Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held it you do not timely file and serve a written response.

Date of Mailing or other service August 7, 2017.

                                                             **/s/ James C. Warmbrodt, Esquire____**
                                                             James C. Warmbrodt, Esquire
                                                             jwarmbrodt@kmllawgroup.com
                                                             Attorney I.D. No. 42524
                                                             KML Law Group, P.C.
                                                             701 Market Street, Suite 5000
                                                             Philadelphia, PA 19106
                                                             Phone: 412-430-3594
                                                             Attorney for Movant/Applicant

\* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom in Pittsburgh, Pennsylvania. Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.