# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: William C. Holleran III**<br>　　　　　　　　　Debtor<br><br>**PNC BANK, NATIONAL ASSOCIATION**<br>　　　　　　　　　Movant<br>　　vs.<br><br>**William C. Holleran III**<br>　　　　　　　　　Respondent<br><br>**Natalie Lutz Cardiello Esq.**, **(Trustee)**<br>　　　　　　　　　**Additional Respondent** | **BK NO. 17-21866 CMB**<br><br>**Chapter 7**<br><br>**Related to Document No. 15 & 17**<br><br>**Hearing Date: September 12, 2017**<br><br>**Hearing Time: 1:30 P.M.**<br><br>**Objection Deadline: August 24, 2017** |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 7, 2017</u>, I served the above captioned pleading, along with the Motion filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
William C. Holleran III
428 Ridge Avenue
East Pittsburgh, PA 15112

<u>Attorney for Debtor(s)</u>
David J. Romito, Esq.
117 Fox Plan Road, Suite 303 (VIA ECF)
Monroeville, PA 15146
romitoesq@verizon.net

<u>Trustee</u>
Natalie Lutz Cardiello Esq.
107 Huron Drive (VIA ECF)
Carnegie, PA 15106
ncardiello@comcast.net

Method of Service:  electronic means or first class mail

Dated: <u>August 7, 2017</u>

　　　　　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire____**
　　　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　　Phone: 412-430-3594
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant