UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William C. Holleran III<br>                Debtor<br><br>PNC BANK, NATIONAL ASSOCIATION,<br>its successors and/or assigns<br>                Movant<br>      v.<br>William C. Holleran III<br>                Respondent<br>      and<br>Natalie Lutz Cardiello Esq., Trustee<br>                Additional Respondent | BK. NO. 17-21866 CMB<br><br>CHAPTER 7<br>Related to Docket #____15____<br><br>**ENTERED BY DEFAULT** |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      AND NOW, this 11th day of September, 2017, at Pittsburgh, upon Motion of PNC BANK, NATIONAL ASSOCIATION, it is

      **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 307 Center Street, East Pittsburgh, PA 15112 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_Carlota M. Böhm_ **kmt**
United States Bankruptcy Judge

FILED
9/11/17 1:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

William C. Holleran III
428 Ridge Avenue
East Pittsburgh, PA 15112

David J. Romito Esq.
117 Fox Plan Road, Suite 303 (VIA ECF)
Monroeville, PA 15146
romitoesq@verizon.net

Natalie Lutz Cardiello Esq.
107 Huron Drive (VIA ECF)
Carnegie, PA 15106
ncardiello@comcast.net

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-21866-CMB
William C Holleran, III                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe                  Page 1 of 1              Date Rcvd: Sep 11, 2017
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
db             +William C Holleran, III,    428 Ridge Ave.,    East Pittsburgh, PA 15112-1029

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:
              David J. Romito    on behalf of Debtor William C Holleran, III romitoesq@verizon.net,
               romitoesq@comcast.net
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 6