**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William C Holleran III**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–9467**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–21866–CMB**

## Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William C Holleran III

<u>9/27/17</u>                                                                     **By the court:**   <u>Carlota M. Bohm</u>
                                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                          **Order of Discharge**                                          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 17-21866-CMB
William C Holleran, III                                             Chapter 7
      Debtor
                             CERTIFICATE OF NOTICE
District/off: 0315-2         User: admin              Page 1 of 2       Date Rcvd: Sep 27, 2017
                             Form ID: 318             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db             +William C Holleran, III,    428 Ridge Ave.,    East Pittsburgh, PA 15112-1029
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14415334       +Birnam Wood Apartments,     900 MacBeth Drive,    Monroeville, PA 15146-3340
14415335       +BorrowersFirst, Inc.,    PO Box 163207,    Austin, TX 78716-3207
14415336        BorrowersFirst, Inc.,    PO Box 2580,    Omaha, NE 68103-2580
14415338        Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
14415339       +Citizens One,    PO Box 2360,    Omaha, NE 68103-2360
14415342       +DeVille Asset Management, Limited,     PO Box 1987,    Colleyville, TX 76034-1987
14415343        Diversified Consultants,    PO Box 1391,    Southgate, MI 48195-0391
14415344        Duquesne Light Company,    C/O Bernstein Law Firm,    Gulf Tower, Suite 2200,
                 Pittsburgh, PA 15219
14415351       +KML Law Group, P.C.,    Suite 5000 Mellon Independence Center,     701 Market Street,
                 Philadelphia, PA 19106-1538
14415353        Linebarger Goggan Blair & Sampson, LLP,     Attorneys At Law,    PO Box 90128,
                 Harrisburg, PA 17109-0128
14415354       +National Enterprise Systems,    2479 Edison Blvd., Unit A,    Twinsburg, OH 44087-2476
14415358        PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
14415360        PNC Bank,    PO Box 8807,    Dayton, OH 45401-8807
14415359        PNC Bank,    PO Box 6534,    Carol Stream, IL 60197-6534
14415361        PNC Bank, N.A.,    PO Box 5570,    Cleveland, OH 44101-0570
14415363       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14415362        PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
14415355        Penn Credit,    916 S. 14th St,    PO Box 988,    Harrisburg, PA 17108-0988
14415356       +Peoples Gas Bankruptcy Department,     Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14415357        Peoples Natural Gas Company,    PO Box 644760,    Pittsburgh, PA 15264-4760
14415367       +Verizon,    PO Box 5029,    Wallingford, CT 06492-7529
14415368        Vital Recovery Services,    PO Box 923748,    Peachtree Corners, GA 30010-3748

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QNLCARDIELLO.COM Sep 28 2017 00:53:00      Natalie Lutz Cardiello,    107 Huron Drive,
                 Carnegie, PA 15106-1826
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2017 01:17:27       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14415331       +E-mail/Text: bknotices@conduent.com Sep 28 2017 01:18:57       ACS Education Services,
                 501 Bleecker St,    Utica, NY 13501-2401
14415332        EDI: RMCB.COM Sep 28 2017 00:53:00      AMCA,    PO Box 1235,    Elmsford, NY 10523-0935
14415333        EDI: CINGMIDLAND.COM Sep 28 2017 00:53:00       AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
14415340        EDI: CKSFINANCIAL.COM Sep 28 2017 00:53:00       CKS Financial,    PO Box 2856,
                 Chesapeake, VA 23327-2856
14415337        EDI: CAPITALONE.COM Sep 28 2017 00:54:00       Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
14415345        E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 28 2017 01:18:47       Duquesne Light Company,
                 Payment Processing Center,    PO Box 67,    Pittsburgh, PA 15267-0001
14415346       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 28 2017 01:18:47       Duquesne Light Company,
                 C/O Bernstein Law Firm,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
14415347        EDI: FSAE.COM Sep 28 2017 00:54:00      Firstsource Advantage, LLC,    PO Box 628,
                 Buffalo, NY 14240-0628
14415348       +EDI: FSAE.COM Sep 28 2017 00:54:00      Firstsource Advantage, LLC,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
14415341        EDI: IRS.COM Sep 28 2017 00:54:00      Department Of The Treasury,    Internal Revenue Service,
                 PO Box 9052,    Andover, MA 01810-9052
14415352       +E-mail/Text: bk@lendingclub.com Sep 28 2017 01:18:25       Lending Club,
                 71 Stevenson Street, Suite 300,    San Francisco, CA 94105-2985
14415364        EDI: RMCB.COM Sep 28 2017 00:53:00      RMCB,    PO Box 1235,    Elmsford, NY 10523-0935
14415365        EDI: VERIZONEAST.COM Sep 28 2017 00:54:00       Verizon,    500 Technology Drive,   Suite 300,
                 Weldon Spring, MO 63304-2225
14415366        EDI: VERIZONCOMB.COM Sep 28 2017 00:54:00       Verizon,    PO Box 15124,   Albany, NY 12212-5124
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC BANK, NATIONAL ASSOCIATION
14415350*       Internal Revenue Service,    Fresno, CA 93888-0419
14415349*       Internal Revenue Service,    PO Box 804527,    Cincinnati, OH 45280-4527
                                                                                 TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0315-2              User: admin              Page 2 of 2              Date Rcvd: Sep 27, 2017
                                  Form ID: 318             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
              David J. Romito    on behalf of Debtor William C Holleran, III romitoesq@verizon.net,
               romitoesq@comcast.net
              James  Warmbrodt    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Natalie Lutz Cardiello    ncardiello@comcast.net, ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```